UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WENDY MILAM,

        Plaintiff,

                              Case No. 14-CV-12372

vs.

                              HON. GEORGE CARAM STEEH

AMERICAN RED CROSS,

        Defendant.
_____/

ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO FILE AMENDED COMPLAINT

      This matter came before the court on plaintiff Wendy Milam's motion for leave to file an amended complaint.  Plaintiff's original complaint was removed to this court on June 17, 2014, and an answer was filed by defendant on June 24, 2014.  Federal Rule of Civil Procedure 15(a) permits a party to file an amendment by leave of court, which shall be given when justice so requires.  In this case, the amendment seeks to correct a formatting error and to clarify plaintiff's allegations against defendant.

      Plaintiff avers that in seeking concurrence in the motion as required by L.R. 7.1, defendant indicated that while it did not concur in the motion to amend, it also would not oppose said motion.  The court finds that justice requires plaintiff's motion for leave to amend be granted in this case.  Now, therefore,

IT IS HEREBY ORDERED that plaintiff be permitted to file her amended complaint pursuant to Fed. R. Civ. P. 15(a).

IT IS SO ORDERED.

Dated: October 6, 2014

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 6, 2014, by electronic and/or ordinary mail.

s/Barbara Radke
Deputy Clerk